UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACCI MORRISON and MICCAH MORRISCON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHO-MCNEIL PHARMACEUTICALS, et al.,<br><br>Defendants. | No. C-07-0008 SC<br><br>ORDER STAYING ACTION |

On January 25, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") issued Conditional Transfer Order Number 29 in MDL-1742 - In Re Orth Evra Products Liability Litigation, listing the instant action among those to be transferred. See Docket No. 14, Ex. A. The JPML has informed the Court that Plaintiffs Jacci and Miccah Morrison timely submitted to the JPML notice of their opposition to the transfer.

In the interests of judicial efficiency, the Court, STAYS the instant action and all pending motions before it. The stay will remain in effect until the conditional transfer is finalized or rejected.

IT IS SO ORDERED.

Dated: March 14, 2007

_____
UNITED STATES DISTRICT JUDGE