A CERTIFIED TRUE COPY

JUN 1 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED

JUL 0 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 1 3 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1742*

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

*Jacci Morrison, et al. v. Ortho-McNeil Corp., et al.,* N.D. California, C.A. No. 3:07-8

## BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,[*] KATHRYN H. VRATIL DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in a Northern District of California action to vacate the Panel's order conditionally transferring their action to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Responding defendants[1] oppose the motion and urge inclusion of the action in the MDL-1742 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Northern District of Ohio, and that transfer of this action to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Northern District of Ohio was a proper Section 1407 forum for actions involving allegations regarding the design of the Ortho Evra contraceptive patch and the adequacy of the warnings regarding Ortho Evra's side effects and safety profile. *See In re Ortho Evra Products Liability Litigation*, 422 F.Supp.2d 1379 (J.P.M.L. 2006). Plaintiffs' motion to remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

---

[*] Judge Miller took no part in the decision of this matter.

[1] Ortho-McNeil Corp.; Johnson & Johnson Services, Inc.; Ortho-McNeil Johnson Health Care Systems, Inc.; Johnson & Johnson Pharmaceutical Research & Development, LLC; and Johnson & Johnson Consumer Companies, Inc.

I hereby certify that this instrument is a true and correct copy of the original on file in my office.

U.S. District Court
Northern District of Ohio

By: _____
Deputy Clerk

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of Ohio and, with the consent of that court, assigned to the Honorable David A. Katz for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

June 26, 2007

Northern Distr of California
Office of the Clerk
Internal Box 36060
San Francisco, CA 94102

Re: **MDL . 1742 Ortho Evra Products Liability Litigation**

| Transfer of Civil Cases | CAN# |
|---|---|
| **Morrison et al v Ortho McNeil  et al** | **3:07-8** |

Dear Sir/Madam:

     Enclosed is a certified copy of Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

     **<u>Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.</u>**

     Northern District of Ohio case numbers will be assigned upon receipt of records.

     Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**